1  Ann M. Cerney, SBN:    068748
2  CERNEY KREUZE & LOTT, LLP
3  42 N. Sutter Street, Suite 400
4  Stockton, CA 95202
5  (209) 948-9384
6  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS RUSSELL HENRY,<br><br>          Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>          Defendant. | No. 1:13−CV−00830−SMS<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A CONFIDENTIAL LETTER** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Confidential Letter in the above-referenced case is hereby extended from the present due date of October 18, 2013, by fifteen days, to the new response date of November 4, 2013.  This extension is requested because Plaintiff has a particularly heavy briefing schedule this month.

///

///

///

1

| | |
|---|---|
| DATED: October 18, 2013 | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Acting Regional Chief Counsel, Region IX |
| /s/ Ann M. Cerney<br>Ann M. Cerney,<br>Attorney for Plaintiff | /s/Michael Marriott<br>MICHAEL MARRIOTT<br>(As authorized via E-mail on 10/18/13)<br>Special Assistant U S Attorney<br>Attorneys for Defendant |

IT IS SO ORDERED.

DATED:  10/21/2013            /s/ SANDRA M. SNYDER
                              UNITED STATES MAGISTRATE JUDGE