Ann M. Cerney, SBN:   068748

CERNEY KREUZE & LOTT, LLP

42 N. Sutter Street, Suite 400

Stockton, CA 95202

(209) 948-9384

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS RUSSELL HENRY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>　　　　　Defendant. | No.  1:13−CV−00830−SMS<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE AN OPENING BRIEF** |

　　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file an Opening Brief in the above-referenced case is hereby extended from the present due date of January 9, 2014, by seven days, to the new response date of January 16, 2014.  This extension is requested because Plaintiff has a particularly heavy briefing schedule this month and the writer has just recovered from a severe flu.


///

///

///

1

| | |
|---|---|
| DATED: January 8, 2014 | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Acting Regional Chief Counsel, Region IX |
| */s/ Ann M. Cerney*<br>Ann M. Cerney,<br>Attorney for Plaintiff | */s/ Michael Marriott*<br>MICHAEL MARRIOTT<br>(As authorized via E-mail on 01/08/14)<br>Special Assistant U S Attorney<br>Attorneys for Defendant |

Ann M. Cerney, SBN: 068748

CERNEY KREUZE & LOTT, LLP

42 North Sutter Street, Suite 400

Stockton, California  95202

Telephone: (209) 948-9384

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS RUSSELL HENRY,<br><br>    Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>    Defendant. | No. 1:13−CV−00830−SMS<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO FILE AN OPENING BRIEF** |

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to file an Opening Brief, the request is hereby APPROVED.

Plaintiff shall file his Opening Brief on or before January 16, 2014.

SO ORDERED.

DATED:  1/9/2014                             /s/ SANDRA M. SNYDER
                                                          UNITED STATES MAGISTRATE JUDGE