Ann M. Cerney, SBN:   068748

CERNEY KREUZE & LOTT, LLP

42 N. Sutter Street, Suite 400

Stockton, CA 95202

(209) 948-9384

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS RUSSELL HENRY,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>        Defendant. | No.  1:13-CV-00830-SMS<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S OPENING BRIEF** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to reply to Defendant's Opposition To Plaintiff's Opening Brief in the above-referenced case is hereby extended from the present due date of March 3, 2014, by fifteen days, to the new response date of March 20, 2014.  This extension is requested because Plaintiff has a particularly heavy briefing schedule this month.

1

DATED: March 3, 2014                                BENJAMIN B. WAGNER
                                                    United States Attorney
                                                    DONNA L. CALVERT
                                                    Acting Regional Chief Counsel, Region IX


*/s/ Ann M. Cerney*                                 */s/ Michael Marriott*
ANN M. CERNEY,                                       MICHAEL MARRIOTT,
Attorney for Plaintiff                              (As authorized via E-mail on 03/03/14)
                                                    Special Assistant U S Attorney
                                                    Attorneys for Defendant

**ORDER**

Pursuant to the stipulation of the parties showing good cause for an extension of Plaintiff's time to file a Reply to Defendant's Opposition To Plaintiff's Opening Brief, the request is hereby APPROVED.

Plaintiff shall file his Reply to Defendant's Opposition To Plaintiff's Opening Brief on or before March 20, 2014.


DATED:   3/4/2014                                    /s/ SANDRA M. SNYDER
                                                    SANDRA M. SNYDER
                                                    UNITED STATES MAGISTRATE JUDGE

2